STATE of Missouri,
Plaintiff/Respondent,

v.

Marvin DAVIES, Defendant/Appellant.

Marvin DAVIES, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 55989, 59277.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 20, 1991.

Deborah B. Wafer, Asst. Public Defender, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).